# United States Bankruptcy Court
### Eastern District of Michigan

In re __Paul A Williams__                                                                                Case No. __14-49701-R__
                    Debtor(s)                                                                              Chapter __13__

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that __Ford Motor Company__
("Payor"), at __One American Road__
__Dearborn, MI 48126__

immediately forward and make payable to: __Krispen S. Carroll__
__Chapter 13 Trustee__
__P.O. Box 2018__
__Memphis, TN 38101-2018__

**$165.85** per weekly of the Debtor, Paul A. Williams' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

**Signed on June 19, 2014**

                                                                              __/s/ Mark A. Randon__
                                                                              **Mark A. Randon**
                                                                              **United States Bankruptcy Judge**