UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

PAUL A. WILLIAMS,                                      Case No. 14-49701-MAR
                                                           Honorable MARK A. RANDON
       Debtor.                                 Chapter 13

221 S. Adams Street
Ypsilanti, MI 48197
XXX-XX-9600
_____/

### OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC

Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtor ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on June 5, 2014.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $14,006.99 (plus interest, fees and costs) and in possession of the following: 2010 Ford F150 (VIN: 1FTEW1C81AKB70224) (Acct. No.: 4280) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was purchased on a Retail Installment Sale Contract (the "Contract").

4. The Proposed Plan cannot be confirmed for the following reasons:

(a) The Proposed Plan fails to pay the present value of the Vehicle as required by 11 U.S.C. § 1325(a)(5)(B)(ii) because:

    (i) The Proposed Plan states an inadequate value for the Vehicle. The approximate value of the Vehicle is $24,275.00 based on the NADA Official Used Car Guide.

(b) The Proposed Plan fails to comply with 11 U.S.C. §1325(a)(5)(B)(iii) for the following reasons:

    (i) Paragraph V.F. of the proposed Plan fails to comply with 11 U.S.C. § 1325 (a) (5) (B) as it will not allow the Objector to receive the required equal monthly payments.

(c) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

(i) The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a)(4).

**WHEREFORE,** Ford Motor Credit Company LLC requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

By:/s/
MICHAEL P. HOGAN, ESQ. (P63074)
RYAN J. BYRD, ESQ. (P75906)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: June 25, 2014