UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

PAUL A. WILLIAMS,

Debtor.

221 S. Adams Street,
Ypsilanti, MI 48197
XXX-XX-9600

Case No. 14-49701-MAR
Honorable MARK A. RANDON
Chapter 13

_____/

## STATEMENT REGARDING OWNERSHIP OF
## FORD MOTOR CREDIT COMPANY LLC

X    The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

**Ford Motor Credit Company, LLC** is a wholly-owned subsidiary to Ford Holdings LLC. Ford Holdings LLC is a wholly-owned subsidiary of Ford Motor Company.

---

Name: Ford Holdings LLC
Address: One American Road, Dearborn, Michigan 48126

Name: Ford Motor Company
Address: One American Road, Dearborn, Michigan 48126

**There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest:**

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 25, 2014        /s/    *Christy Mercieca*

Signature of Authorized Individual
For Corporate Party

Christy Mercieca
Print Name

Attorney Liaison Analyst
Title