# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

PAUL WILLIAMS,

Debtor.

221 S Adams Street
Ypsilanti, MI 48197
XXX-XX-9600

Case No. 14-49701-MAR
Honorable MARK A. RANDON
Chapter 13

_____/

## OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN
## ON BEHALF OF FORD MOTOR CREDIT COMPANY LLC

Creditor Ford Motor Credit Company LLC ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtor ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on 06/05/2014.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $7,881.58 (plus interest, fees and costs) and in possession of the following: 2010 Ford Fusion (VIN: 3FAHP0JG2AR203618) (Acct. No.: 4154) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was purchased on a Retail Installment Sale Contract (the "Contract").

4. The Proposed Plan cannot be confirmed for the following reasons:

(a) The Proposed Plan fails to pay the present value of the Vehicle as required by 11 U.S.C. § 1325(a)(5)(B)(ii) because:

   (i) The Proposed Plan states an inadequate value for the Vehicle. The approximate value of the Vehicle is $15,475.00 based on the NADA Official Used Car Guide.

   (ii) The Proposed Plan provides for a rate of interest which is less than that required by law.

(b) The Proposed Plan fails to comply with 11 U.S.C. §1325(a)(5)(B)(iii) for the following reasons:

   (i) Paragraph V.F. of the proposed Plan fails to comply with 11 U.S.C. § 1325 (a) (5) (B) as it will not allow the Objector to receive the required equal monthly payments.

1

(c) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

    (i) The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a)(4).

**WHEREFORE,** Ford Motor Credit Company LLC requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

By: /s/
MICHAEL P. HOGAN, ESQ. (P63074)
RYAN J. BYRD, ESQ. (P75986)
Attorneys for Creditor, Ford Motor Credit Company LLC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: July 14, 2014